162 A.3d 847

**WILKERSON**

v.

**WOODS**

**Pet. Docket No. 6, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Dismissed by the Court of Special Appeals (No. 542, Sept. Term, 2016).

Petition for writ of certiorari denied

■

162 A.3d 847

**WILSON, Xavier L.**

v.

**STATE of Maryland**

**Pet. Docket No. 93, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2868, Sept. Term, 2015).

Petition for writ of certiorari denied